# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 2540  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
msantos@faillacelaw.com

October 14, 2016

<u>BY ECF</u>
Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

   Re: Comonfort v. Les Brasseurs Inc., et al.
     <u>Index No. 16-cv-6389 (KBF)</u>

Dear Judge Forrest:

  We represent Plaintiff in the above-referenced matter. I write to respectfully request an adjournment of the initial pretrial conference scheduled for October 18, 2016. This is our first request for an adjournment.

  The reason for this request is that the Defendants have not yet appeared in this matter. We were in communication with an attorney who indicated that he would represent Defendants but recently informed us that Defendants chose not to retain him. We therefore respectfully request additional time in order to determine whether Defendants intend to appear or whether we will have to seek a certificate of default.

  We thank the Court for its attention to this matter.

              Respectfully Submitted,

              _____/s/*Marisol Santos*
              Marisol Santos