# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 2540　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
_____
msantos@faillacelaw.com

June 12, 2017

**VIA ECF**
Hon. Andrew J. Peck
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

　　　　　　　Re:　Comonfort v. Les Brasseurs, Inc., et al.;
　　　　　　　　　　16 CV 6389 (AJP)

Your Honor:

　　　We represent Plaintiff Albino Comonfort ("Plaintiff") in the above-referenced matter. We write to inform the Court that the parties have reached a settlement in principle. The parties will submit a proposed settlement agreement and motion for approval shortly. We therefore respectfully request that all upcoming deadlines be adjourned *sine die*.

　　　We thank the Court for its attention to this matter.


　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Marisol Santos*
　　　　　　　　　　　　　　　　　　　　　　　　　Marisol Santos, Esq.