EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALBINO COMONFORT, ~~individually and on behalf of others similarly situated~~,

    Plaintiffs,

Against

LES BRASSEURS INC. (d/b/a LA MANGEOIRE),
GERARDO DONATO, and ERIC CERATO,

    Defendants.
------------------------------------------------------------x

Index No. 16-cv-06389-AJP

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/6/17

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Albino Comonfort and Defendants Les Brasseurs Inc., Gerard Donato and Eric Cerato, by and through their undersigned counsel, hereby stipulate and agree that the above-captioned case is dismissed, in its entirety, with prejudice. The parties shall bear their own costs. *The Court approves the settlement under Cheeks as fair to the plaintiff*

MICHAEL FAILLACE & ASSOCIATES, P.C.

_____
Marisol Santos, Esq.
60 East 42nd Street, Suite 4510
New York, New York 10165
Telephone: 212-317-1200
E-mail: michael@faillacelaw.com

*Attorneys for Plaintiff*

Dated: 6/29/17

MCLAUGHLIN & STERN, LLP

_____
Brett Reed Gallaway, Esq.
260 Madison Avenue, 20th Floor
New York, New York 10165
Telephone: 212-448-0066
E-mail: bgallaway@mclaughlinstern.com

*Attorneys for Defendants*

Dated: 6/27/17

SO ORDERED: 7/5/17

_____
Hon. Andrew Jay Peck
United States Magistrate Judge